Commonwealth *v.* Cilladi, Appellant.

Argued November 10, 1971. *Burton L. Fish,* for appellant; *Michael M. Palmisano,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Conrad, Appellant.

Submitted November 10, 1971. *Timothy J. Sullivan, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.